AO 91 (Rev. 11/11) Criminal Complaint

GDB/med 2019R00215

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ENTERED
LOGGED RECEIVED

JUL 2 3 2020

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America<br>v.<br>Joel Anthony Super,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20-mj-1787-TJS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 10, 2019  in the county of  Prince George's  in the
District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344. | Bank Fraud |

This criminal complaint is based on these facts:
See Affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

USPIS Jeffrey Starnes/USPS
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: July 20, 2020 at 1:06 p.m.

*Judge's signature*

City and state: Greenbelt, Maryland

Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*